SERGENIAN ASHBY LLP
Joseph R. Ashby (SBN 248579)
joseph@sergenianashby.com
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone: (323) 318-7771

Attorneys for Applicant Olegs Fils

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CV-20 80176 MISC NC

| | |
|---|---|
| IN RE OLEGS FILS,<br><br>Applicant,<br><br>For Order Authorizing Discovery For Use In Foreign Proceedings Under 28 U.S.C. § 1782 | DECLARATION OF JOSEPH R. ASHBY IN SUPPORT OF EX PARTE APPLICATION FOR THE ISSUANCE OF SUBPOENAS DUCES TECUM PURSUANT TO 28 U.S.C. § 1782 TO SPECIALIZED HELICOPTERS, INC., HYATT CORPORATION, HYATT CARMEL HIGHLANDS ALSO KNOWN AS HIGHLANDS INN, INC., BURST + BLOOM, SOMMPICKS LLC, BENCHMARK WINE GROUP, INC., AND BELMONT WINE EXCHANGE, LLC |

DECLARATION OF JOSEPH R. ASHBY

# DECLARATION OF JOSEPH R. ASHBY

I, Joseph R. Ashby, declare as follows:

1. I am an attorney licensed to practice in California and a partner with the law firm Sergenian Ashby LLP, counsel for applicant Olegs Fils in this matter. This declaration is submitted in support of Mr. Fils' application to obtain discovery under 28 U.S.C. § 1782. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration. If called as a witness for this purpose, I could and would testify competently under oath to the facts stated below.

2. Attached as **Exhibit 1** is a true and correct copy of the Statement of Information for Specialized Helicopters, Inc. that shows as having been filed with the California Secretary of State on November 14, 2016. As shown in **Exhibit 1**, Specialized Helicopters, Inc. is physically present in the Northern District of California, as it is located at 150 Aviation Way, Suite 101, Watsonville, California.

3. Attached as **Exhibit 2** is a true and correct copy of the Hyatt Carmel Highlands main webpage from the hyatt.com website, specifically, https://www.hyatt.com/en-US/hotel/california/hyatt-carmel-highlands-overlooking-big-sur-coast-and-highlands-inn-a-hyatt-residence-club/higph, as obtained on October 1, 2020. As shown in **Exhibit 2**, Hyatt Corporation is physically present in the Northern District of California because the Hyatt Carmel Highlands, a Hyatt branded hotel, operates at 120 Highlands Drive, Carmel, California 93923.

-1-
DECLARATION OF JOSEPH ASHBY

4. As shown in **Exhibit 2** Hyatt Carmel Highlands, which on information and belief has also been known as Highlands Inn, Inc., is physically present in the Northern District of California because the Hyatt Carmel Highlands hotel operates at 120 Highlands Drive, Carmel, California 93923.

5. Attached as **Exhibit 3** is a true and correct copy of the Instagram page for Burst + Bloom. As shown in **Exhibit 3**, Burst + Bloom is physically present in the Northern District of California, because it is located at The Crossroads Carmel, 238 Crossroads Blvd., Carmel, California 93923.

6. Attached as **Exhibit 4** is a true and correct copy of the "About SommPicks" page from the SommPicks website, specifically, https://www.sommpicks.com/pages/about-sommpicks, as obtained on October 1, 2020. **Exhibit 4** states that "SommPicks allows members to access difficult-to-source wines and provides personalized attention throughout the discovery and selection process." Attached as **Exhibit 5** is a true and correct screenshot of the "Browse" page from the SommPicks website, specifically, https://www.sommpicks.com/collections/all?&sort=published_at:DESC&page=1, as obtained on October 1, 2020. **Exhibit 5** shows SommPicks offering a selection of wine and beer. **Exhibit 6** is a true and correct Statement of Information for SommPick, LLC that shows as having been filed with the California Secretary of State on December 4, 2019. As shown in **Exhibit 6**, Sommpicks, LLC is physically

present in the Northern District of California, because it is located at 440 Talbert Street, Daly City, California, 94014.

7. Attached as **Exhibit 7** is a true and correct copy of the "About Benchmark" page from the Benchmark Wine Group website, specifically, https://benchmarkwine.com/pages/about, as obtained on October 1, 2020. **Exhibit 7** states that "Established in 2002, Benchmark Wine Group is the leading source of fine and rare wine for wine retailers, restaurants and collectors around the world. … Benchmarkwine.com offers 24 hour access to our cellar, displaying inventory in real time." **Exhibit 8** is a true and correct Statement of Information for Benchmark Wine Group, Inc. that shows as having been filed with the California Secretary of State on February 22, 2017. As shown in **Exhibit 8**, Benchmark Wine Group, Inc. is physically present in the Northern District of California, because it is located at 445 Devlin Road, Napa, California, 94558.

8. Attached as **Exhibit 9** is a true and correct copy of "About Us" page from the Belmont Wine Exchange website, specifically, https://www.belmontwine.com/about-us.html, as obtained on October 1, 2020. **Exhibit 9** states: "Our inventory comes primarily from private wine cellars. With each acquisition, we verify provenance, including storage conditions, and inspect all wines." **Exhibit 10** is a true and correct Statement of Information for Belmont Wine Exchange, LLC that shows as having been filed with the California Secretary of State on September 6, 2020. As shown in **Exhibit 10**, Belmont Wine Exchange,

-3-
DECLARATION OF JOSEPH ASHBY

LLC is physically present in the Northern District of California, because it is located at 25811 Clawiter Road, Hayward, California, 94545.

9. Attached as **Exhibit 11** is a proposed Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises to Specialized Helicopters, Inc. requesting production of documents.

10. Attached as **Exhibit 12** is a proposed Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises to Hyatt Corporation requesting production of documents.

11. Attached as **Exhibit 13** is a proposed Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises to Hyatt Carmel Highlands, also believed to have been known as Highlands Inn, Inc., requesting production of documents.

12. Attached as **Exhibit 14** is a proposed Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises to BURST + BLOOM requesting production of documents.

13. Attached as **Exhibit 15** is a proposed Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises to SommPicks, LLC requesting production of documents.

14. Attached as **Exhibit 16** is a proposed Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises to Benchmark Wine Group, Inc. requesting production of documents.

15. Attached as **Exhibit 17** is a proposed Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises to Belmont Wine Exchange, LLC requesting production of documents.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on October 2, 2020, in Glendale, California.

*Joseph R. Ashby*
Joseph R. Ashby