SERGENIAN ASHBY LLP
Joseph R. Ashby (SBN 248579)
joseph@sergenianashby.com
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone: (323) 318-7771

Attorneys for Applicant Olegs Fils

FILED

OCT 05 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NC

| | |
|---|---|
| IN RE APPLICATION OF<br><br>OLEGS FILS,<br><br>Applicant,<br><br>For Order Authorizing Discovery For Use In Foreign Proceedings Under 28 U.S.C. § 1782 | MISC. CASE NO.<br>CV·20 80176 MISC<br><br>**[PROPOSED] ORDER AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS UNDER 28 U.S.C. § 1782**<br><br>[Filed Concurrently with Ex Parte Application for the Issuance of Subpoenas Duces Tecum Pursuant to 28 U.S.C. § 1782] |

## **PROPOSED ORDER**

Before the Court is the Ex Parte Application for the Issuance of a Subpoena Duces Tecum Pursuant to 28 U.S.C. § 1782 to Specialized Helicopters, Inc., Hyatt Corporation, Hyatt Carmel Highlands also known as Highlands Inn, Inc., Burst + Bloom, SommPicks, LLC, Benchmark Wine Group, Inc., and Belmont Wine Exchange, LLC, filed by Applicant Olegs Fils, (the "Application"). Having considered the Application and all related papers and arguments, the Court ORDERS as follows:

1. The Application is hereby GRANTED, and

2. Applicant, through California counsel, is hereby authorized to serve document subpoenas to Specialized Helicopters, Inc., Hyatt Corporation, Hyatt Carmel Highlands also known as Highlands Inn, Inc., Burst + Bloom, SommPicks, LLC, Benchmark Wine Group, Inc., and Belmont Wine Exchange, LLC in substantially the form as attached as Exhibits 11 to 17 to the Declaration of Joseph R. Ashby, subject to completing logistical details, such as the return date, in compliance with the Federal Rules of Civil Procedure.

3. The Court further authorizes Applicant's California counsel to issue, sign, and date the subpoenas substantially in the form as attached as Exhibits 11 to 17 to the Declaration of Joseph R. Ashby, subject to the logistical details being complete consistent with this Order.

IT IS SO ORDERED.

Dated: _____          _____
                                United States District Judge